Law Library

FILED
SUPERIOR COURT

## IN THE SUPERIOR COURT OF GUAM

2012 FEB 10 AM 11: 49

HAWAIIAN ROCK PRODUCTS CORP., )
         Plaintiff, )
       vs. )
           )
OCEAN HOUSING, INC., ET. AL., )
        Defendants. )

CIVIL PROCEEDINGS CASE NO
CV327-03

**DECISION AND ORDER**

To: ATTORNEY ROBERT KUTZ and ATTORNEY GARY W. F. GUMATAOTAO,

The Court is hereby canceling the case status hearing scheduled for February 29, 2012. The Court is hereby affirming the bench orders of Honorable Judge Perez. Further, the Court is hereby setting a hearing on Defendant Ocean Housing, Inc.'s Motion to Compel Discovery and Cross-claim Plaintiffs Donald E. Wilson and Teresita S. Wilson's Motion for Protective Order for March 14, 2012 at 3:30 p.m.

**SO ORDERED** this February 10, 2012.

**HONORABLE ELIZABETH BARRETT-ANDERSON**
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.
Dated at Hagåtña, Guam

FEB 1 0 2012

Glenric J. Mendiola
Deputy Clerk, Superior Court of Guam